UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61002-CIV-DIMITROULEAS/SNOW

ABS-CBN INTERNATIONAL, *et al.*,

    Plaintiffs,

vs.

FREEPINOYCHANNEL.COM, *et al.*,

    Defendants.

_____/

## AMENDED PRELIMINARY INJUNCTION

THIS CAUSE came before the Court on Plaintiffs' Application for Entry of Preliminary Injunction [DE 6] and Plaintiffs' Motion to Amend the Court's June 16, 2015 Preliminary Injunction to Add New Domain Names [DE 28]. For the reasons set forth in the Court's separate Orders granting the Motions, it is hereby

ORDERED that the June 16, 2015 Preliminary Injunction [DE 17] is amended as follows:

(1)    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained and enjoined until further Order of this Court:

    a. From advertising, promoting, performing, copying, broadcasting, performing, and/or distributing any of the Plaintiffs' content or copyrighted works;

    b. From advertising, promoting, offering, using, or causing to be advertised, promoted, or offered, any services using the ABS-CBN Marks or any confusingly similar trademarks, other than those actually offered or distributed by Plaintiffs; and

    c. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of any evidence relating to the promotion, advertisement or distribution of services bearing or under the ABS-CBN Marks, or any confusingly similar trademarks.

(2) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the ABS-CBN Marks, any confusingly similar trademarks, and performances of the ABS-CBN Copyrighted Works on or in connection with all Internet websites owned and operated, or controlled by them, including the Internet websites operating under the Subject Domain Names;

(3) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the ABS-CBN Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by each Defendant, including the Internet websites operating under the Subject Domain Names;

(4) Each Defendant shall not transfer ownership of the Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5) The domain name Registrars for the Subject Domain Names are directed, to the extent not already done, to transfer to Plaintiffs' counsel, for deposit with this Court, domain name certificates for the Subject Domain Names;

(6) Upon Plaintiffs' request, the privacy protection service for any of the Subject Domain Names for which the registrant uses such privacy protection service to conceal the

registrant's identity and contact information are ordered, to the extent not already done, to disclose to Plaintiffs the true identities and contact information of those registrants;

(7) The domain name Registrars for the Subject Domain Names shall immediately, to the extent not already done, assist in changing the registrar of record for the Subject Domain Names to a holding account with a registrar of Plaintiffs' choosing (the "New Registrar"), excepting any such domain names which such registrars have been notified in writing by Plaintiffs have been or will be dismissed from this action, or as to which Plaintiffs have withdrawn their request to immediately transfer such domain names. To the extent the registrars do not assist in changing the registrars of record for the domains under their respective control within one (1) business day of receipt of this Order, the top-level domain (TLD) registries (or their administrators) for the Subject Domain Names, within five (5) business days of receipt of this Order, shall change, or assist in changing, the registrar of record for the Subject Domain Names to a holding account with the New Registrar, excepting any such domain names which such registries have been notified in writing by Plaintiffs have been or will be dismissed from this action, or as to which Plaintiffs have withdrawn its request to immediately transfer such domain names. Upon the change of the registrar of record for the Subject Domain Names, the New Registrar will maintain access to the Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/BL4G47/index.html whereon copies of the Complaint, this Order, and all other documents on file in this action are displayed. Alternatively, the New Registrar may update the Domain Name System ("DNS") data it maintains for the Subject

3

Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Complaint, this Order, and all other documents on file in this action are displayed. After the New Registrar has effected this change, the Subject Domain Names shall be placed on lock status, preventing the modification or deletion of the domains by the New Registrar or Defendants;

(8)     Plaintiffs may continue to enter the Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants which redirect traffic to the counterfeit operations to a new domain name or website and thereby evade the provisions of this Order;

(9)     Each Defendant shall continue to preserve copies of all computer files relating to the use of any of the Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Subject Domain Names that may have been deleted before the entry of this Order;

(10)    This Order shall apply to the Subject Domain Names, associated websites, and any other domain names and websites properly brought to the Court's attention and verified by sworn affidavit that such new domain names are being used by Defendants for the purpose of counterfeiting the ABS-CBN Marks or infringing the Copyrighted Works at issue in this action and/or unfairly competing with Plaintiffs on the World Wide Web;

(11)    As a matter of law, this Order shall no longer apply to any Defendant or associated domain name dismissed from this action or as to which Plaintiff has withdrawn its request for a preliminary injunction;

**BOND**

(12)    Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiffs shall maintain its previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court;

(13)    This Preliminary Injunction shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated to by the parties.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 28th day of July, 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of record

## SCHEDULE "A"
## DEFENDANTS BY DEFENDANT NUMBER AND SUBJECT DOMAIN NAME

| Defendant Number | Subject Domain Name |
|---|---|
| 1 | freepinoychannel.com |
| 2 | lambingan.to |
| 2 | lambingan.ru |
| 3 | pinoymovie.to |
| 3 | pinoymovie.se |
| 3 | pinoymovie.ca |
| 4 | pinoynetwork.to |
| 4 | pinoynetwork.se |
| 4 | pinoynetwork.tv |
| 5 | pinoytambayan-replay.com |
| 6 | pnoytambayantv.com |
| 7 | tambaytayo.com |
| 8 | tvnijuan.net |
| 9 | phstream.com |
| 10 | streampinoy.info |
| 11 | tambayanatin.com |