UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-61002-CIV-DIMITROULEAS/SNOW

ABS-CBN CORPORATION, *et al.,*

    Plaintiffs,

vs.

FREEPINOYCHANNEL.COM, *et al.*,

    Defendants.

_____/

STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE

## WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, **GOOGLE, INC., 1600 Amphitheatre Parkway, Mountain View, CA 94043** to serve an answer to this writ on **Stephen M. Gaffigan, P.A., Counsel for Plaintiff, 401 East Las Olas Blvd., #130-453, Ft. Lauderdale, Florida 33301**, within 20 days after service on the Garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant 4, the Individual, the Partnership, or Unincorporated Association identified on Schedule "A" hereto, and the Google, Inc., Ad Sense Accounts as also identified on Schedule "A" hereto ("Defendant") whom, upon information and belief, are employed by Garnishee, at the time of the answer or were indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of Defendant the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to Defendant or who may be in possession or control of any of the property of Defendant. The amount set in Plaintiff's Motion is $1,090,000.00 against Defendant.

Dated on _____ March 8 _____, 2016

Steven M. Larimore
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

By: *Yesenia Rodriguez*
Deputy Clerk



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: *Yesenia Rodriguez* Deputy Clerk
Date: **Mar 8, 2016**